UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANOOSHEH SABA,<br><br>                Plaintiff,<br>v.<br><br>CHRISTOPHER LYNN YOUNG, et al.,<br><br>                Defendants. | Case No. 3:14-cv-00043-MMD-VPC<br><br>ORDER |

This case comes before this Court through Defendant Swift Transportation Co. of Arizona, LLC's ("Swift") Petition for Removal. (Dkt. no. 1.) Plaintiff Anoosheh Saba filed this action in the Second Judicial District Court in Washoe County, Nevada, after an alleged collision with a tractor trailer operated by Defendant Christopher Lynn Young, an employee of Swift. Plaintiff alleges negligence.

On January 22, 2014, the Court ordered Swift to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. (Dkt. no. 5.) Swift responded on January 23, 2014. (Dkt. no. 6.) In its response, Swift met its burden to demonstrate that the amount-in-controversy exceeds $75,000. Accordingly, the Court is now assured of its jurisdiction to preside over this case.

DATED THIS 24th day of January 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE